**Alexander Dong Lee**
**Claims**

| Claimant | Claim Number | Amount | |
|---|---|---|---|
| **SECURED** | | | |
| JPMorgan Chase Bank, National Assoc. | 37 | $619,103.73 | |
| First United Bank & Trust Co. | 46 | $1,864,444.45 | |
| First United Bank & Trust Co. | 47 | $170.86 | 0195 |
| Broward County Tax Collector | 15 | Withdrawn per [ECF No. 94] | |
| AmeriCredit/GM Financial | 3 | $79,644.33 | |
| Great Midwestern Bank | | $425,264.90 | 465/303A |
| Great Midwestern Bank | | $683,818.29 | 42/518 |
| Great Midwestern Bank | | $305,217.89 | 42/410 |
| Toyota Motor Credit Corporation | 16 | $44,950.00 | 6499 |
| First United Bank & Trust Co. | 29 | $0.00 | 8215 |
| First United Bank & Trust Co. | 30 | $0.00 | 8416 |
| First United Bank & Trust Co. | 31 | $0.00 | 8416 |
| First United Bank & Trust Co. | 32 | $0.00 | 8424 |
| First United Bank & Trust Co. | 33 | $0.00 | 9555 |
| First United Bank & Trust Co. | 34 | $0.00 | 9563 |
| First United Bank & Trust Co. | 35 | $0.00 | 9571 |
| First United Bank & Trust Co. | 36 | $0.00 | 9589 |
| First United Bank & Trust Co. | 40 | $0.00 | 1338 |
| First United Bank & Trust Co. | 41 | $0.00 | 1346 |
| First United Bank & Trust Co. | 43 | $100,423.02 | 2902 |
| First United Bank & Trust Co. | 44 | $1,662,700.77 | 1163 |
| First United Bank & Trust Co. | 45 | $214,392.25 | 0548 |
| | | | |
| **PRIORITY** | | | |
| Internal Revenue Service | 4 | $0 | |
| Deanne Lee | 23 | $Undetermined | |
| | | | |
| **GENERAL UNSECURED** | | | |
| AB Sales of Southern Colorado | | $Unknown | Contingent |
| Affirm, Inc. | | $2,630.00 | 5ESS |
| Affirm, Inc. | | $1,420.00 | PJOA |
| Airways Cleaning & Fireproofing | | $Unknown | Contingent |
| Alba Tech AC & Refrigeration | 21 | $Unknown | Contingent |
| Alsco Linen, c/o Todd Robinson | | $Unknown | Contingent |
| Alsco Linen, c/o Jody Hill | | $Unknown | Contingent |
| Alsco Linen, c/o Johnny Torres | | $Unknown | Contingent |
| Alsco Linen, c/o Pat Booth | | $Unknown | Contingent |
| Alsco Linen (Colorado) | | $Unknown | Contingent |

| Creditor | # | Amount | Status |
|---|---|---|---|
| Alsco Linen (Florida) | | $Unknown | Contingent |
| American Bank of Texas | | $500,000 | Contingent |
| AMEX | | $78.00 | |
| Aramax | | $Unknown | Contingent |
| ARK Group of Irving, Inc. | | $1,530,000.00 | |
| Atmos Energy | | $Unknown | Contingent |
| Bank of America | 1 | $103,994.09 | |
| Baybrook LPC, LLC | | $386,792.65 | Contingent |
| Ben E. Keith | | $Unknown | Contingent |
| Bizideas | | $Unknown | Contingent |
| Breakthru Beverage (Colorado) | | $Unknown | Contingent |
| Breakthru Beverage (Florida) | | $Unknown | Contingent |
| Brown Distributing Co. | | $Unknown | Contingent |
| Bull Marketing Promotions | | $Unknown | Contingent |
| Card Marketing Services | | $Unknown | Contingent |
| Carlyle/Cypress West 7th, LP | 38 | $158,237.88 | |
| Chase Card Services | | $437.00 | |
| Chef's Produce (Dallas) | | $Unknown | Contingent |
| Chef's Produce (Houston) | | $Unknown | Contingent |
| Cheney Brothers, Inc. | | $Unknown | Contingent |
| China Foods | | $Unknown | Contingent |
| Cintas (Colorado) | | $Unknown | Contingent |
| Citibank | | $49,492.00 | 6538 |
| Citibank | | $390.00 | 5661 |
| City of Irving | | $Unknown | Contingent |
| Coca Cola | | $Unknown | Contingent |
| Comcast (Colorado) | | $Unknown | Contingent |
| Comcast (Florida) | | $Unknown | Contingent |
| Crocker Downtown Development | 49 | $557,795.65 | |
| Custom Channels | | $Unknown | Contingent |
| Dave's Screen Print & Embroidery | | $Unknown | Contingent |
| DeCoty/La Creme | | $Unknown | Contingent |
| Dipson Air | | $Unknown | Contingent |
| DirectTV | 2 | $324.52 | |
| Discount HVAC | | $Unknown | Contingent |
| Double Eagle Distributing | | $Unknown | Contingent |
| Edward Don | | $Unknown | Contingent |
| Energy Billing Services | | $Unknown | Contingent |
| Everspring | 50 | $56,440.67 | |
| First Colony Mall | 48 | $306,614.66 | |
| Floribbean Seafood | | $Unknown | Contingent |
| FR3 BP Associates LLC | 21 | $84,979.66 | |
| Freshpoint Produce (Dallas) | | $Unknown | Contingent |
| Freshpoint Produce (Florida) | | $Unknown | Contingent |
| Galleria Mall Investors LP | 42 | $818,176.40 | |
| GHW Associates LLP | 39 | $1,783.00 | |

| Creditor | | Amount | Status |
|---|---|---|---|
| Gold Coast Beverage | | $Unknown | Contingent |
| Grease Monster | | $Unknown | Contingent |
| Hico-Helium Tanks -Dallas Only | | $Unknown | Contingent |
| Hotchkiss Insurance | | $Unknown | Contingent |
| ICON Pest Control | | $Unknown | Contingent |
| Inteliventor Inc. | | $Unknown | Contingent |
| Internal Revenue Service | 4 | $894.67 | |
| ISI Ice Machines | | $Unknown | Contingent |
| JFC International (Houston) | | $Unknown | Contingent |
| JFC International (Colorado) | | $Unknown | Contingent |
| JFC International (Florida) | | $Unknown | Contingent |
| JPMorgan Chase Bank, N.A. | 6 | $17,657.95 | 7301 |
| JPMorgan Chase Bank, N.A. | 7 | $14,365.48 | 6207 |
| JPMorgan Chase Bank, N.A. | 8 | $117.41 | 5075 |
| JPMorgan Chase Bank, N.A. | 9 | $2,752.26 | 3125 |
| Kanela Vent-a-Hood (Houston) | | $Unknown | Contingent |
| Keter Environmental | | $Unknown | Contingent |
| Koons Fuller, P.C. | | $Unknown | |
| KOT Foods-Houston | | $Unknown | Contingent |
| Mall of Louisiana, LLC | | $210,663.39 | Contingent |
| Mochi Doki | | $Unknown | Contingent |
| Mountain Beverage | | $Unknown | Contingent |
| MP2 Energy | | $Unknown | Contingent |
| Next Day Backflow Testing | | $Unknown | Contingent |
| Noremac Gas | | $Unknown | Contingent |
| Ocean Beauty | | $Unknown | Contingent |
| Open Table | | $Unknown | Contingent |
| Orkin | | $Unknown | Contingent |
| Paycom – Payroll | | $Unknown | Contingent |
| Pepsi Cola, Pompano Beach | | $Unknown | Contingent |
| Pepsi Cola, c/o Ryan Edwards | | $Unknown | Contingent |
| Preventive Fire & Safety Equipment | | $Unknown | Contingent |
| Pro-Duct Vent Hood Cleaning | | $Unknown | Contingent |
| Pro-Guard | | $Unknown | Contingent |
| Pro-Serv | | $Unknown | Contingent |
| Pye Barker Fire & Safety | | $Unknown | Contingent |
| Reliant Metro – CO2 Tanks | | $Unknown | Contingent |
| Republic National Distributors – Colorado | | $Unknown | Contingent |
| Republic National Distributors – Dallas | | $Unknown | Contingent |
| Republic National Distributors – Florida | | $Unknown | Contingent |
| Restaurant Beverage | | $Unknown | Contingent |
| Restaurant Warehouse | | $Unknown | Contingent |
| Seafood Supply | | $Unknown | Contingent |
| Sealy Royal Lane, L.L.C. | | $Unknown | Conting; Unli |
| Seattle Fish Company | | $Unknown | Contingent |
| Shamrock Foods | | $Unknown | Contingent |

| | | | |
|---|---|---|---|
| Silver Eagle | | $Unknown | Contingent |
| Southern Glazers (Colorado) | | $Unknown | Contingent |
| Southern Glazers (Dallas) | | $Unknown | Contingent |
| Southern Glazers (Houston) | | $Unknown | Contingent |
| South Waste – Grease Traps | | $Unknown | Contingent |
| Spec's Liquor | | $Unknown | Contingent |
| Spectrum | | $Unknown | Contingent |
| Stacy 75 Partners LP | | $642,767.74 | Contingent |
| Timberland Bank | 5 | $587,300.88 | |
| Toyota Lease Trust | 10 | $1,790.02 | Z576 |
| Toyota Lease Trust | 11 | $6,902.76 | Z818 |
| Toyota Financial Services | | $2,199.00 | V753 |
| Toyota Lease Trust | 12 | $21,506.00 | Z245 |
| Toyota Lease Trust | 13 | $9,381.00 | Z343 |
| Toyota Lease Trust | 14 | $22,008.54 | Z529 |
| Toyota Motor Credit Corporation | 16 | $1,987.83 | 6499 |
| Toyota Motor Credit Corporation | 20 | $814.59 | 7875 |
| True World (Colorado) | | $Unknown | Contingent |
| True World (Florida) | | $Unknown | Contingent |
| True World (Texas) | | $Unknown | Contingent |
| US Bank National Association | 24 | $23,840.16 | 1038 |
| US Bank National Association | 17 | $15,640.84 | 1875 |
| US Bank National Association | 18 | $11,624.36 | 1061 |
| US Bank National Association | 19 | $2,326.67 | 0835 |
| US Bank National Association | 22 | $2,330.56 | 3748 |
| US Bank National Association | 25 | $4,345.13 | 5777 |
| Vestar | | $26,337.15 | Contingent |
| Waste Management (Colorado) | | $Unknown | Contingent |
| Waste Connections Lone Star | | $Unknown | Contingent |
| Webstaurant | | $Unknown | Contingent |
| Whitestone Las Colinas Village | | $Unknown | Contingent |
| Wismettac Asian Foods | 26 | $6,284.13 | 6826 |
| Wismettac Asian Foods | 27 | $9,386.36 | 8196 |
| Wismettac Asian Foods | 28 | $5,426.58 | 8197 |