**ALEXANDER DONG LEE**
**CASE NO. 20-21594-BKC-SMG  UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA - FORT LAUDERDALE DIVISION**

## Liquidation Analysis

**Source:** Bankruptcy schedules, claims filed, pleadings and the Debtor's financial records.
**Petition Date:** October 23, 2020
**Assumed Chapter 11 Effective Date:** January 1, 2022

| Assets / Liabilities | Notes | Chapter 7 |
|---|---|---|
| **_Assets_** | | |
| Estimated available cash - Household & Business | 1 | $ 1,176,956 |
| Old Bahama Bay Lot #51 (50% interest) | 2 | 90,000 |
| Vehicles [1949 Ford Shoebox & 2020 GMC Yukon XL] | 3 | 65,550 |
| Value of real estate held in operating entity | 4 | 855,000 |
| Dallas ER, LLC | 5 | 150,000 |
| Restaurant entities | 6 | 1,239,146 |
| Chapter 5 and other causes of action | 7 | - |
| _Estimated assets available for distribution_ | | **3,576,652** |
| | | |
| **_Liabilities_** | | |
| **Secured Claims:** | | |
| AmeriCredit/GM Financial [_2020 GMC Yukon XL_] | 8 | 77,000 |
| | | 77,000 |
| | | |
| _Estimated assets available for distribution_ | | **3,499,652** |
| | | |
| **Administrative Claims:** | | |
| Ch. 7 Administrative Expense Claims: | 9 | |
| Chapter 7 Trustee Fees | | 131,000 |
| Chapter 7 Professionals | | 200,000 |
| | | 331,000 |
| | | |
| _Estimated assets available for distribution_ | | **3,168,652** |
| | | |
| **Estimated Chapter 11 Administrative Expense Claims:** | | |
| Furr & Cohen (Counsel to Debtor) | 10 | 150,000 |
| KapilaMukamal (FA to Debtor) | 10 | 80,000 |
| IRS - post-petition tax liability | 11 | 470,782 |
| | | 700,782 |
| | | |
| **Priority Claims:** | | |
| Deanne Lee | 12 | 3,000,000 |
| Department of Treasury | 13 | 486 |
| | | 3,000,486 |
| | | |
| _Estimated assets available for distribution_ | | **$ (532,616)** |
| | | |
| **Total General Unsecured Claims ("GUCs")** | | **$ 4,490,304** |
| **Estimated Distribution % to GUCs under Chapter 7** | | **0.00%** |
| **Estimated Distribution % to GUCs under Chapter 11** | 14 | **11.14%** |
| **Total Guaranteed Entities Claims** | | **$ 1,683,125** |
| **Estimated Distribution % to Guaranteed Entities under Chapter 7** | | **0.00%** |
| **Estimated Distribution % to Guaranteed Entities under Chapter 11** | 15 | **15.00%** |

**SEE ACCOMPANYING NOTES**

**ALEXANDER DONG LEE**
**CASE NO. 20-21594-BKC-SMG  UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA - FORT LAUDERDALE DIVISION**

## Liquidation Analysis

**Source:** Bankruptcy schedules, claims filed, pleadings and the Debtor's financial records.
**Petition Date:** October 23, 2020
**Assumed Chapter 11 Effective Date:** January 1, 2022

**Notes:**

**1)** Estimated available cash as of November 30, 2021 monthly operating report filed with the Court. This amounts does not include funds held in Debtor's counsel Trust account that are exempt Homestead proceeds.

**2)** The amount listed is the 50% of the value of land listed in the bankruptcy schedules less an estimated 10% for commission and closing costs to sell the property.

**3)** Estimated value of the Yukon based on the Kelly Blue Book Value and Debtor's estimate of the Ford Shoebox less 5% for the costs to sell the vehicles.

**4)** The FMV of the real estate held by the operating entities (in which the Debtor holds an interest) is approximately $2.6 million less the associated debt of approximately $1.65 million and 10% for commission and closing costs.

**5)** The estimated liquidation value of the Debtor's interest in Dallas ER, LLC . The Debtor can only transfer his interest to another EM boarded physician licensed in Texas with unanimous approval of the remaining 11 partners. The amount is based on the Debtor's original investment amount.

**6)** The estimated value of the Debtor's interest in the restaurants was based on EBITDA for the rolling 12-month period July 1, 2020 through June 30, 2021 and using a valuation multiple of three (3) that was derived from Dunn & Bradsheet First Research Industry Profile, October 25, 2021 NAICS Codes 722511 (pg. 15: Median Value for MVIC/EBITDA), less 10% for closing costs and a broker's commission fee.

**7)** KapilaMukamal assumed there were no Chapter 5 causes of action based on a review of the Debtor's bank records.

**8)** Secured claims per the bankruptcy schedules or proof of claim forms.

**9)** The Chapter 7 Trustee fees were estimated pursuant to the Bankruptcy Code if allowed in full and the professional fees to administer the Chapter 7 estate are estimated and are subject to Court approval.

**10)** Compensation to the Debtor's bankruptcy professionals is subject to Court approval.

**11)** Estimated post-petition tax liability due and based on approximately 40% of the cash balance as of September 30, 2021. The Debtor's post-petition tax return has not been finalized and the actual amount due may be more or less than the Debtor estimated. Additionally, the estimated tax liability may be mitigated by NOLs available to the Debtor the value if which is undetermined at present.

**12)** Estimated claim amount for the Debtor's spouse based on the July 2021 settlement agreement (POC 23).

**13)** Priority claims per the bankruptcy schedules or proof of claim forms.

**14)** In accordance with the plan, the holders of Allowed General Unsecured Claims will receive $500,000, distributed pro rata on the Effective Date.  Holders of Allowed General Unsecured Claims will receive no further distribution.

**15)** In accordance with the plan, the Guaranteed Entities will receive an additional $250,000, distributed pro rata on the Effective Date.