# Summary of Economic Terms in Alexander Lee and Deanne Lee Agreement Incident to Divorce

Alexander Lee retains as his separate property:

1. 50% of proceeds of Colorado Condominiums sold during the bankruptcy.
2. 50% of the cash proceeds of the homestead and 100% of the note from Crazy Fish Inc. to First United Bank which was assigned to Alex Lee.
3. All household furniture, furnishings, fixtures, goods, art objects, collectibles, appliances, equipment, and other items of personal property in the possession of ALEXANDER LEE or subject to his control and the items listed in Exhibit A attached to the Agreement Incident to Divorce.
4. All clothing, jewelry, and other personal effects in the possession of ALEXANDER LEE or subject to his control.
5. 100% of all bank accounts in his name.
6. 100% of all securities in his Vanguard and TD Ameritrade accounts.
7. 100% of his SEP/IRA at Vanguard.
8. 100% if his interests in the restaurant entities including El Loco Sakana, Inc., Crazy Lion Fish, Inc., Crazy Mola Mola, Inc., Crazy Sailfish, Inc., Crazy Whale Sharks, Inc., Crazy Mako Management, Inc., and Crazy Blue Fish House, LLC.
9. 100% of his interest in TCER, LLC and Dallas ER, LLC.
10. His insurance policies with American General and Fidelity and Guaranty Life insurance.
11. His interest in the Vanguard 529 Plan.
12. 1949 Ford Shoebox VIN ending x7386.,
13. 50% of airline awards programs.
14. 50% of the contents of his safety deposit box.
15. his health insurance benefits.

Deanne Lee retains as her separate property:

1. 50% of the cash proceeds of the Colorado Property.
2. All household furniture, furnishings, fixtures, goods, art objects, collectibles, appliances, equipment and other items of personal property in the possession of DEANNE LEE, or subject to her control. unless specifically set forth to the contrary in this Agreement. DEANNE LEE is also specifically awarded (i) the personal property items on the Exhibit "B" attached to the Agreement Incident to Divorce.
 and (ii) the three (3) Wyland paintings and Wyland three-dolphin statue (the "Artwork") currently in the possession of ALEXANDER LEE.
3. Her personal clothing, jewelry and personal effects.
4. Her personal bank deposits.
5. Vanguard 529 Plan which Alexander Lee will replenish to his pre divorce level of $380,000 by the daughter's 18th birthday.
6. Her life insurance policies.
7. 2019 Yukon, 2010 Kia Forte, 2010 Nissan Sentra.
8. Her Travel awards.

9. Certain Travel awards of Alexander Lee
10. 50% of safety deposit box contents'
11. Her Health Insurance policy

Alexander Lee will pay Deanne Lee:

1. A Cash Payment of $1,400,000 payable within 3 business days of the Effective Date of the Plan.
2. $1,250,000 payable for a term of 5 years, amortized over 7 years with interest rate of 6%. Payments for 59 months shall be in the amount of $18,260.69 with a final balloon payment in month 60 of the remaining principal. This note shall be secured by a lien on the Warehouse real and personal property second only to the lien of First United Bank and shall be guarantee by all the restaurant entities. This debt shall be non-dischargeable.

Bar Order.

Deanne Lee shall receive a bar order on all her lease guarantees or be otherwise released.